IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case Number 7:13-CR-21(HL) |
| JOHANN MURILLO and : | |
| JACOB LANE MUSGROVE : | |

_____

## ORDER

In open court on this day, the undersigned orally granted the [77] Motion to Dismiss by Defendant Murillo and the [72] Motion to Dismiss by Jacob Lane Musgrove.

It is, therefore, ordered that these motions be granted and the clerk is directed to terminate them.

SO ORDERED, this the 30th day of September, 2013.

                                            *s/ Hugh Lawson*_____
                                            **HUGH LAWSON, Senior Judge**

nbp